MARC KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG LLP
1201 K Street, Suite 1100
Sacramento CA 95814
Phone: (916) 442-1111
Fax: (916) 448-1709

Attorneys for Defendant, W2005/FARGO HOTELS (POOL C) REALTY, L.P.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. dba FAIRFIELD INN MARRIOTT - VISALIA; W2005/FARGO HOTELS (POOL C) REALTY, L.P., AND DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO.: 2:09-CV-01962-MCE-EFB<br><br>**DESIGNATION OF COUNSEL** |

    Defendant, MARRIOT INTERNATIONAL, INC. dba FAIRFIELD INN MARRIOT, hereby states that Marc Koenigsberg is no longer the attorney of record.

///

///

///

///

///

///

///

///

///

Case No. 5:09-CV-04858-RS

DESIGNATION OF COUNSEL

SAC 441,899,023v1 1-13-11

1  The attorney of record for this client designated to receive service on behalf of
2  Defendant is as follows:
3
4  Kathleen E. Finnerty
   Finnerty Law Offices
5  1520 Eureka Road, Suite 101
   Roseville, CA 95661
6  Office: (916) 781-3466
7  KFinn@KFinnertyLaw.com
8
9  Dated: January 31, 2011                    GREENBERG TRAURIG LLP
10
11                                            By: /S/ Marc Koenigsberg
12                                            Marc Koenigsberg

Case No. 5:09-CV-04858-RS

DESIGNATION OF COUNSEL

SAC 441,899,023v1 1-13-11